IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
MONSOOR MUHAMMED ALI QATTAA,)
                                )
          Petitioner      )
                                )   Civil Action No. 08-1233
v.                            )
                                )
GEORGE W. BUSH, et al.,     )
                                )
          Respondents.  )
_____)

**NOTICE OF APPEARANCE**

To the Clerk of this court:

    Please enter the appearance of the following counsel in this case on behalf of Petitioner Monsoor Muhammed Ali Qattaa:

    EDWARD G. BRYAN (Ohio Bar #0055556)
    Assistant Federal Public Defender
    Office of the Federal Public Defender, Northern District of Ohio
    1660 West Second Street, Suite 750
    Cleveland, Ohio 44113
    (216) 522-4856 Fax: (216) 522-4321
    edward_bryan@fd.org

    CARLOS WARNER (Ohio Bar #0068736)
    Assistant Federal Public Defender
    Office of the Federal Public Defender, Northern District of Ohio
    2 South Main Street, Suite B3-56
    Akron, Ohio 44308
    (330) 375-5739 Fax: (330) 375-5738
    carlos_warner@fd.org

JONATHAN WITMER-RICH (Ohio Bar #0073474)
Attorney at Law
Office of the Federal Public Defender, Northern District of Ohio
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
(216) 522-4856 Fax: (216) 522-4321
jonathan_witmer-rich@fd.org

Undersigned counsel are employees of the Office of the Federal Public Defender, Northern District of Ohio, and thus are eligible to appear and practice in this Court pursuant to LCvR 83.2(e). Undersigned counsel also certify, pursuant to LCvR 83.2(g), that they are representing Petitioner without compensation.

August 21, 2008                              Respectfully submitted,

                                             /s/Edward G. Bryan_____
                                             EDWARD G. BRYAN (LCvR 83.2(e))
                                             Assistant Federal Public Defender
                                             Office of the Federal Public Defender,
                                                  Northern District of Ohio
                                             1660 West Second Street, Suite 750
                                             Cleveland, Ohio 44113
                                             (216) 522-4856 Fax: (216) 522-4321
                                             edward_bryan@fd.org


                                             /s/Carlos Warner_____
                                             CARLOS WARNER (LCvR 83.2(e))
                                             Assistant Federal Public Defender
                                             Office of the Federal Public Defender,
                                                  Northern District of Ohio
                                             2 South Main Street, Suite B3-56
                                             Akron, Ohio 44308
                                             (330) 375-5739 Fax: (330) 375-5738
                                             carlos_warner@fd.org


                                             /s/Jonathan Witmer-Rich_____
                                             JONATHAN WITMER-RICH (LCvR 83.2(e))
                                             Attorney at Law

Office of the Federal Public Defender,
    Northern District of Ohio
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
(216) 522-4856 Fax: (216) 522-4321
jonathan_witmer-rich@fd.org

Counsel for Petitioner Monsoor Muhammed Ali Qattaa