# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MONSOOR MUHAMMED ALI QATTAA, ) <br> ) <br> Petitioner ) <br> ) <br> v. ) <br> ) <br> GEORGE W. BUSH, et al., ) <br> ) <br> Respondents. ) <br>                                                               ) | Civil Action No. 08-1233 |

## NOTICE OF APPEARANCE

To the Clerk of this court:

Please enter the appearance of the following counsel in this case on behalf of Petitioner Monsoor Muhammed Ali Qattaa:

JONATHAN WITMER-RICH (Ohio Bar #0073474)
Attorney at Law
Office of the Federal Public Defender, Northern District of Ohio
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
(216) 522-4856 Fax: (216) 522-4321
jonathan_witmer-rich@fd.org

Undersigned counsel is an employee of the Office of the Federal Public Defender, Northern District of Ohio, and thus is eligible to appear and practice in this Court pursuant to LcvR 83.2(e).

Undersigned counsel also certifies, pursuant to LCvR 83.2(g), that he is representing Petitioner without compensation.

| | |
|---|---|
| August 21, 2008 | Respectfully submitted, |
| | |
| | */s/Jonathan Witmer-Rich* |
| | JONATHAN WITMER-RICH (LCvR 83.2(e)) |
| | Attorney at Law |
| | Office of the Federal Public Defender, |
| |     Northern District of Ohio |
| | 1660 West Second Street, Suite 750 |
| | Cleveland, Ohio 44113 |
| | (216) 522-4856 Fax: (216) 522-4321 |
| | jonathan_witmer-rich@fd.org |
| | |
| | Counsel for Petitioner Monsoor Muhammed Ali Qattaa |