**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
MONSOOR MUHAMMED ALI QATTAA,)
                                )
          Petitioner      )
                                )  Civil Action No. 08-1233
v.                               )
                                )
GEORGE W. BUSH, et al.,     )
                                )
          Respondents.  )
_____)

**NOTICE OF APPEARANCE**

To the Clerk of this court:

    Please enter the appearance of the following counsel in this case on behalf of Petitioner Monsoor Muhammed Ali Qattaa:

    CARLOS WARNER (Ohio Bar #0068736)
    Assistant Federal Public Defender
    Office of the Federal Public Defender, Northern District of Ohio
    2 South Main Street, Suite B3-56
    Akron, Ohio 44308
    (330) 375-5739 Fax: (330) 375-5738
    carlos_warner@fd.org

    Undersigned counsel is an employee of the Office of the Federal Public Defender, Northern District of Ohio, and thus is eligible to appear and practice in this Court pursuant to LcvR 83.2(e). Undersigned counsel also certifies, pursuant to LCvR 83.2(g), that he is representing Petitioner without compensation.

August 21, 2008                                    Respectfully submitted,

<div style="margin-left:3em">

*/s/Carlos Warner*
CARLOS WARNER (LCvR 83.2(e))
Assistant Federal Public Defender
Office of the Federal Public Defender,
    Northern District of Ohio
2 South Main Street, Suite B3-56
Akron, Ohio 44308
(330) 375-5739 Fax: (330) 375-5738
carlos_warner@fd.org

Counsel for Petitioner Monsoor Muhammed Ali Qattaa

</div>