UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MANSOUR MOHAMMED ALI QATTAA** | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | **Civil Action No. 08-1233 (ESH)** |
| **BARACK OBAMA,** *et al.*, | ) ) ) ) | |
| Respondents. | ) ) | |

## ORDER

Upon consideration of the matters discussed during a classified proceeding held on March 13, 2009, it is hereby:

**ORDERED** that by March 27, 2009, petitioner's counsel shall file petitioner's written authorization for his representation by counsel, or shall notify the Court and respondents that such written authorization has not been obtained;

**ORDERED** that respondents shall search the databases of the three entities described by the Court during the classified proceeding, and shall identify all statements that were made or adopted by the petitioner from the time of his capture until September 30, 2002.  By April 3, 2009, respondents shall produce these statements, including any:

1. audio recordings of statements made by petitioner;
2. video recordings of statements made by petitioner;
3. transcripts of statements made by petitioner;
4. contemporaneous notes taken during any interrogation of petitioner; or
5. records or reports of petitioner's statements made by persons other than the persons who prepared the summaries of petitioner's statements already produced.

It is further

1

**ORDERED** that by April 3, 2009, respondents shall make available for review by petitioner's counsel the best possible legible copy (including the original, if available) of the document sought in Request No. 8 of petitioner's March 5, 2009 Motion for Discovery [*see* Dkt. # 87 (Notice of Filing)];

**ORDERED** that by April 20, 2009, petitioner shall file a traverse and any supporting declarations or other documents; and

**ORDERED** that a further status conference will be held on April 30, 2009, at 9:30 a.m.

**SO ORDERED.**

/s/
ELLEN SEGAL HUVELLE
United States District Judge

DATE:   March 13, 2009